IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEON IRBY,

    Plaintiff,

v.

PAUL SUMNICHT, BELINDA
SCHRUBBE and CYNTHIA THORPE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-136-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting defendants' motion for summary judgment with respect to plaintiff's claims under the Eighth Amendment and the Americans with Disabilities Act and his medical negligence claim against defendants Schrubbe and Thorpe, and dismissing without prejudice plaintiff's medical negligence claim against defendant Sumnicht to plaintiff's refiling the claim in state court.

_____    _____
Peter Oppeneer, Clerk of Court                  2/9/10
                                                                         Date